IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | No. 05 C 4577 |
| | ) | |
| Plaintiffs, | ) | Judge James B. Moran |
| | ) | |
| v. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| TPM PLUMBING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF JUDGMENT

On June 7, 2006, Judgment was entered in favor of Plaintiffs/Judgment Creditors,

JAMES T. SULLIVAN, not individually but as Trustee of the PLUMBERS' PENSION FUND

LOCAL 130, U.A., et al., and against Defendants/Judgment Debtors, TPM PLUMBING, INC.

and THOMAS D. McGINNIS d/b/a TPM PLUMBING, INC. in the amount of $2,116.15.

ENTER:

Date: 7/6/06

Hon. James B. Moran
United States District Court

Attorney for Plaintiff/Judgment Creditor:
Lisa M. Simioni
Lewis, Overbeck & Furman, LLP
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603-4274
(312) 580-1200